IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00642-FDW-DSC

| | |
|---|---|
| JIUNA WANG<br>YUELIN LIU,<br><br>**Plaintiffs,**<br><br>v.<br><br>LI ZHOU<br>NYZ MANAGEMENT SERVICES, LLC<br>SCOTT XI YAO<br>DANIN NOUANTHANUVANH,<br><br>**Defendants.** | **ORDER** |

THIS MATTER is before the Court on Plaintiffs' Motion for Entry of Default and Appropriate Relief. (Doc. No. 20). On October 19, 2020, this Court ordered Plaintiffs to proceed with arbitration as previously mandated. (Doc. No. 23). Plaintiffs proceeded to arbitration in compliance with this Court's Orders, and the arbitration was finalized in November. (Doc. No. 25). Arbitration resulted in a favorable award for Plaintiffs, and the award is pending confirmation in state court. (Doc. No. 25). Because this matter has been settled in arbitration, Plaintiff's pending Motion for Entry of Default (Doc. No. 20) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: January 27, 2021

Frank D. Whitney
United States District Judge